# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RUBEN VAN DYKE

NO.  2020 KW 0271

APR 2 8 2020

---

In Re:  Ruben Van Dyke, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-13-0002.

---

**BEFORE: HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT